AO 91, Rev. 11/82 (S. Tulante Authorizing)

# CRIMINAL COMPLAINT

#13-112

| | |
|---|---|
| **United States District Court** | DISTRICT<br>Eastern District of Pennsylvania |
| UNITED STATES OF AMERICA<br>v.<br>KENNETH GRIFFIN | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>13-1304 |

Complaint for violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B)

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| Honorable Linda K. Caracappa | U.S. Magistrate Judge | Philadelphia, PA |

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED (if known) |
|---|---|---|
| 11/13/2013 | Philadelphia, Pennsylvania | |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION

On or about November 13, 2013, in Philadelphia, in the Eastern District of Pennsylvania, defendant Kenneth Griffin knowingly and intentionally possessed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

SEE AFFIDAVIT ATTACHED HERETO AND INCORPORATED BY REFERENCE.

MATERIAL WITNESSES IN RELATION AGAINST THE ACCUSED:

| | |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>[signature]<br>OFFICIAL TITLE<br>Postal Inspector<br>U.S. Postal Inspection Service |

[signature]

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE (1) | DATE |
|---|---|
| Honorable Linda K. Caracappa, United States Magistrate Judge | 11/15/2013 |

(1) See Federal Rules of Criminal Procedure rules 3 and 54.

442 (Rev 12/85) Warrant for Arrest

**AFFIDAVIT**

I, SEAN F. MCSTRAVICK, being duly sworn, depose and say:

1. I, Sean F. McStravick, am a United States Postal Inspector. I am currently assigned to the United States Postal Inspection Service, Philadelphia Division. I have been employed as a Postal Inspector since April 2012. Prior to becoming a Postal Inspector, I was employed as a federal agent with the Department of Homeland Security for six and one half years. I have a Masters in Emergency Management from Jacksonville State University in Jacksonville, Alabama. As part of my duties as a United States Postal Inspector, I investigate the use of the U.S. Mails to illegally transport controlled substances and drug trafficking in instrumentalities, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846. I have been trained in various aspects of law enforcement, including the investigation of narcotics offenses. Through my education and experience and that of other agents assisting in this investigation, I have become familiar with the methods that individuals use to traffic narcotics through the U.S. Mail.

2. As part of my duties as a United States Postal Inspector, I investigate the use of the U.S. Mails and private carriers illegally to transport controlled substances and drug trafficking instrumentalities, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846. I have been trained in various aspects of law enforcement, including the investigation of narcotics offenses. Through my education and experience, and that of other agents, I have become familiar with the methods that individuals use to traffic narcotics through the U.S. Mails.

3. I submit this affidavit in support of arrest warrant and criminal complaint charging Kenneth GRIFFIN with knowing and intentional possession of 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled

substance, with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

4. This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information from other law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to charge the offense described above.

5. On November 12, 2013, the Philadelphia Division of the U.S. Postal Inspection Service identified a suspect Priority Mail package, Priority Mail number 9505 5000 1479 3313 0000 72 (the "Subject Parcel") measuring 11.25" x 8.75" x 6" bearing the return address Dana Kathryn Jewelry, 12636 Ventura Blvd., Studio City, CA 91604 and the delivery address Blue L.L.C-Four Tower Bridge, 200 Barr Harbor Drive #400, West Conshohocken, Pa 19428.

6. Investigation of the delivery address of the Subject Parcel, through the Law enforcement Database, "Accurint", showed that the business/name "Blue L.L.C-Four Tower Bridge" is not associated to the delivery address. The delivery address is associated to a "virtual office" facility operated by Regus Management Group.

7. On November 12, 2013, the Subject Parcel was exposed to a drug detection canine named "Kirby," # K-7879A. Kirby is handled by Det. Christine Kelliher #22207 with the Bensalem Township Police Department. Det. Kelliher advised Postal Inspectors that Kirby alerted positive to the odor of the presence of illegal narcotics inside the parcel.

8. On November 12, 2013, a U.S. Magistrate Judge for the Eastern District of Pennsylvania issued a federal search warrant (13-1285-M) to search the Subject Parcel. Postal Inspectors then opened the parcel and found the box to contain a manila bag/envelope which was

found to contain a black brick shaped object which was covered in carbon paper. This brick shaped object was found to contain two brick shaped objects which had the same pig picture on them. Located inside the brick shaped object was a white powdery substance. The white powdery substance field tested positive for the presence of cocaine with an approximate total weight of 5 pounds, .6 ounces (approximately 2.5 kilograms). The estimated street value of one kilogram of cocaine is $100,000 US Dollars, if broken down for distribution in user quantities.

9. On November 12, 2013, a U.S. Magistrate Judge for the Eastern District of Pennsylvania issued an Order authorizing the installation of a tracking and a detection device with regard to the Subject Parcel. Thereafter, U.S. Postal Inspectors installed a global position system ("GPS") tracker and a beeper inside the package to detect when the package was opened. Inspectors also replaced a portion of the cocaine in the parcel with substitute material that was made to appear like actual cocaine.

10. Subsequently, Inspector Zavorski observed the Subject Parcel being delivered to the "virtual office" facility at the Regus Management Group, 200 Barr Harbor Drive #400, West Conshohocken, Pa 19428.

11. At approximately, Inspector Zavorski observed Person #1, who is known to investigators, accept and take possession of Subject Parcel at the "virtual office" facility. TFO T. Haun then saw Person#1 place the parcel in the front seat of a GMC SUV (HVK-9814-PA).

12. Law enforcement agents, utilizing the GPS device in the Subject Parcel, followed Person#1 to the CVS parking lot located at 3780 Main Street, Philadelphia, PA 19127. Moyne was backed into a parking spot facing Main Street. A short time later, an Acura arrived driven by a person who was later identified as Kenneth GRIFFIN. Agents observed GRIFFIN, exit his vehicle and retrieve the parcel from the front seat of Person#1's vehicle.

13. Person#1 was observed leaving the parking lot and heading in the direction of Montgomery County. GRIFFIN exited the parking lot and parked around the area of

the 3700 block of Main Street. Law Enforcement agents then heard the audible alarm tone of the beeper device indicating that someone had opened the Subject Parcel. Law enforcement agents approached and removed GRIFFIN from the driver's seat of the vehicle and took him into custody.

14. At approximately 12:15 p.m., your affiant verbally advised GRIFFIN of his *Miranda* Rights. GRIFFIN provided verbal consent to search his vehicle where inside of a hidden compartment in the backseat of the vehicle agents retrieved, among other things, the two kilograms of cocaine, approximately four ounces of additional cocaine, and $19,000 in cash. In the front seat of the vehicle, agents saw the packaging from the opened Subject Parcel. GRIFFIN advised that he knew that the parcel contained controlled substances but claimed that he believed that it was marijuana.

15. WHEREFORE, based upon my training and experience and my knowledge of this investigation, I have probable cause to believe, and do so believe, that Kenneth GRIFFIN knowingly and intentionally possessed 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

Sworn to before me this 15th day

of November, 2013.

HONORABLE LINDA K. CARACAPPA
United States Magistrate Judge

Sean F. McStravick
United States Postal Inspector